IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03030-RPM

CATHERINE FUSHIMI,

    Plaintiff,

v.

COLORADO STATE EMPLOYEES CREDIT UNION, a Colorado nonprofit corporation d/b/a Credit Union of Colorado,

    Defendant.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2
---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: April 7th, 2011

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge