**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case Number:   10-cv-03030-RPM-MEH

CATHERINE FUSHIMI,

        Plaintiff,

v.

COLORADO STATE EMPLOYEES CREDIT UNION, a Colorado nonprofit corporation d/b/a Credit Union of Colorado,

        Defendant.

---

**ORDER RE UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

---

Upon review of Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Expert Disclosure Deadline [11] filed August 9, 2011, it is

ORDERED that the Scheduling Order (Doc. #10) is amended to extend the parties' expert disclosure deadlines under Fed.R.Civ.P. 26(a)(2) and section 7.d. is amended as follows:

    (3)   The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before <u>September 16, 2011</u>.

2

   (4) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before <u>October 31, 2011</u>.

   (5) Any rebuttal opinions will be exchanged on or before <u>November 18, 2011</u>.

Dated this 10th day of August, 2011.

               BY THE COURT:

               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior District Judge