IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03030-RPM

CATHERINE FUSHIMI,

     Plaintiff,

v.

COLORADO STATE EMPLOYEES CREDIT UNION, a Colorado nonprofit corporation d/b/a Credit Union of Colorado,

     Defendant.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

     Pursuant to the Stipulation for Dismissal with Prejudice, filed May 23, 2012, it is

     ORDERED that this case is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

     DATED:    May 23rd, 2012

                          BY THE COURT:

                          s/ Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge